**Opinion issued October 30, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-20-00744-CV**

———————————

**IN RE STEPHANIE FOX, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Stephanie Fox, has filed a request for relief which this Court has construed to be a petition for writ of mandamus.[1] Relator also requests an emergency stay.

---

[1] The underlying case is *In the Interest of M.D. and M.D, Children*, cause number 2015-69880, pending in the 245th District Court of Harris County, Texas, the Honorable Tristan Longino presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Adams.